```
 1  Rod Danielson
    Chapter 13 Trustee
 2  4361 Latham Ave., Suite 270
    Riverside, CA 92501
 3  Tel. (951) 826-8000, Fax (951) 826-8090
 4
 5
 6              UNITED STATES BANKRUPTCY COURT
        CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
 7  To:        Clerk, U.S. Bankruptcy Court
 8  Re:        UNDISTRIBUTED FUNDS
 9  Case No.:  6:06-bk-11584-MJ
10  Debtor(s): ROBERT LEE BRAKE
11             BARBARA LYNN BRAKE
               10200 JOHNSON RD SP #47
12             PHELAN, CA  92371
13
14  Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified
    below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence,
15  has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above
    referenced matter.
16
          Payee                                                     Amount
17
          ROBERT LEE & BARBARA BRAKE                                $18.50
18
          10200 JOHNSON RD SP#47
19        PHELAN, CA 92371
20
21
22
23  Dated:  _____8/3/11_____              _____
24                                                Rod Danielson, Trustee
25  cc: Debtor, Attorney, Creditor
26
27
```

| ROD DANIELSON, Chapter 13 Trustee | | | | | | Date: Aug 03, 2011 | |
|---|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 0611584 | ROBERT LEE & BARBARA LYNN BRAKE | | | 00000 | 18.50 | 0.00 | 18.50 |
| | | | | | | | |
| PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | | TOTALS: | 18.50 | 0.00 | 18.50 |

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

ROBERT LEE BRAKE
BARBARA LYNN BRAKE
BALANCE:     [0.00 Claim:00000]
ACCT:
PRINCIPAL: 18.50
CASE: 0611584
INTEREST: 0.00

16-4430
1220

1ST ENTERPRISE BANK
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0360779

CHECK DATE: Aug 03, 2011
AMOUNT: *********18.50**
VOID 45 DAYS FROM DATE

**PAY** Eighteen And 50 / 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0360779⑈ ⑆122044300⑆ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK. IF COLOR DOES NOT FADE DO NOT ACCEPT